IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR416-154 |
| ) | |
| TERIN MOSS, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Defendant was sentenced on January 17, 2017. (Doc. 48.) At sentencing, Defendant's counsel introduced copies of Defendant's April 4, 2001 indictment in the Superior Court of Chatham County and a transcript of Defendant's guilty plea hearing in that case. However, Defendant's counsel did not move to admit those documents into the record. Defendant's case is now on appeal, and Defendant wishes to supplement the record by admitting copies of the indictment and the transcript. The Government has no objection. After careful consideration of the record in this case, the indictment and transcript are **ADMITTED** as evidence. The Clerk's office is **DIRECTED** to supplement the record on appeal and forward all appropriate documentation to the Court of Appeals for the Eleventh Circuit.

SO ORDERED this 30th day of June 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA