IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TERIN MOSS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NOS. CV419-152
CR416-154

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 3.)[1] After careful consideration, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Petitioner's Motion to Vacate, Set Aside or Correct Sentence is (Doc. 1) **DENIED**. Petitioner is also not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. The Clerk is **DIRECTED** to close this case.

SO ORDERED this 9th day of September 2019.

                            WILLIAM T. MOORE, JR.
                            UNITED STATES DISTRICT COURT
                            SOUTHERN DISTRICT OF GEORGIA

---

[1] Unless otherwise stated, all citations are to Petitioner's civil docket on this Court's electronic docketing system, CV419-152.